## 61424. WALTON v. THE STATE.

CARLEY, Judge.

This appeal is from the order of the trial court revoking appellant's probation. Although appellant has filed neither an enumeration of errors nor a brief, we have made a separate independent review of the record in this case. Based upon that review, we find that the evidence clearly supports the judgment of revocation. *Robinson v. State,* 154 Ga. App. 591 (269 SE2d 86) (1980).

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

DECIDED APRIL 17, 1981.

*Michael J. Moses,* for appellant.
*Malcolm F. Bryant, Solicitor,* for appellee.